MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; BANK OF AMERICA, N.A., a national banking association; NEVADA LEGAL NEWS, LLC, a Nevada limited liability company; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00837-RFB-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND AND REPLY TO MOTION TO REMAND**<br><br>**(FIRST REQUEST)** |

Norman, LLC and Bank of America, N.A. (**BANA**) stipulate to extend BANA's deadline to respond to the motion to remand. ECF Nos. 6 & 7. BANA's response is presently due on June 15, 2022. The parties agree BANA shall until June 29, 2022 to respond. The parties also agree Norman shall have until July 15, 2022 to reply.

. . .

. . .

. . .

. . .

64041904;1

This is the parties' first request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

DATED this 15th day of June, 2022.

| AKERMAN LLP | HONG & HONG LAW OFFICE |
|---|---|
| */s/ Scott R. Lachman* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Joseph Y. Hong* <br> JOSEPH Y. HONG, ESQ. <br> Nevada Bar No. 5995 <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, NV 89135 <br><br> *Attorneys for Norman, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:22-cv-00837-RFB-EJY

**DATED: June 15, 2022**

2

64041904;1